# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2020

160228

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TAUREAN JAMES CARTER,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160228
COA: 349181
Saginaw CC: 14-040405-FC

On order of the Court, the application for leave to appeal the July 16, 2019 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2020



Clerk

a0408